## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Cheryl M. Ford,                                    Civil No. 12-1297 (RHK/JJG)

            Plaintiff,                  **DISQUALIFICATION AND**
                                        **ORDER FOR REASSIGNMENT**

vs.

DePuy Orthopaedics, Inc., et al.,

            Defendants.


        The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

        **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

        **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  May 31, 2012


                                    s/Richard H. Kyle_____
                                    RICHARD H. KYLE
                                    United States District Judge